UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-40850 |
| PATRICK J. MALONEY | (Chapter 13) |
| SHARENE M. MALONEY | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 0/ 0 | PATRICK J. MALONEY & SHARENE M. MALONEY<br>4303 TRITLE TR.<br>SPRINGFIELD, OH  45503 | 381.69 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service                                    04-40850

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.


OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215


PATRICK J. MALONEY                   WAYNE P NOVICK                    (37.1n)
SHARENE M. MALONEY                   2135 MIAMISBURG-CENTERVILLE RD    ECAST SETTLEMENT CORPORATION
4303 TRITLE TR.                      CENTERVILLE, OH  45459            BOX 35480
SPRINGFIELD, OH  45503                                                NEWARK, NJ  07193


(40.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT
SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131


                    Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    cs


                        0440850_42_20100414_0919_278/T317_cs
                                        ###